# Court of Appeals
# of the State of Georgia

ATLANTA,  February 11, 2021

*The Court of Appeals hereby passes the following order:*

**A21A0915. MATTHEW HORNER v. THE STATE.**

Matthew Horner was convicted of one count each of aggravated child molestation and aggravated sodomy and two counts of child molestation; he filed a motion for new trial, which the trial court denied. This Court affirmed his convictions on appeal in an unpublished opinion. See *Horner v. State* (Case No. A13A2374, affirmed Mar. 27, 2014). Horner subsequently filed an extraordinary motion for new trial, which the trial court denied. Horner then filed this direct appeal. We lack jurisdiction.

An order denying an extraordinary motion for new trial must be appealed by application for discretionary appeal. See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). Horner's failure to follow the requisite appellate procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  02/11/2021
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.